```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO.11-61334-CIV-COHN
                              MAGISTRATE JUDGE P.A. WHITE
```

ROOSEVELT JOHNSON,              :

    Plaintiff,               :

v.                              :          REPORT OF
                                                  MAGISTRATE JUDGE
LANUEZ, et al,                  :          (de#19)

    Defendants.              :
_____

      The plaintiff filed a _pro-se_ civil rights complaint pursuant to 42 U.S.C. §1983. This Cause is before the Court upon Defendant Justin Lanuez' Motion for Dismissal for Lack of Prosecution. (DE#19).

      Upon a _sua sponte_ review of the file, it was noticed that the Court's docket indicated mail sent to this plaintiff at his address of record has been returned as undeliverable. Research at the Broward County Jail website does not indicate the plaintiff remains incarcerated there.

      The plaintiff was issued an order of instructions that he was to notify the Court of any change of address if he wished to continue to litigate this case. In light of the plaintiff's _pro-se_ status, he was permitted the opportunity to provide the Court on or before October 26, 2011, with a current address or risk dismissal of this case.

      The plaintiff has failed to comply and Defendant Lanuez filed a Motion to Dismiss with prejudice for Lack of Prosecution.

(DE#19).

It appears that the plaintiff is no longer litigating this case, and he has failed to comply with the Court's Orders. It is therefore recommended that the Defendant's Motion to Dismiss be granted (DE#19) in part, and this case be dismissed, without prejudice, for lack of prosecution.

Objections to this Report may be filed with the United States District Judge within fourteen days following receipt.

Dated this 21st day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE


cc:   Roosevelt Johnson, pro-se
      501103068
      Joseph V Conte Detention Center
      Last known Address of record

      Attorneys of record